UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN MICHAUD,

    Plaintiff,

v.

JACKIE CRAWFORD, *et al.*,

    Defendants.

Case No. 3:04-CV-00713-KJD (VPC)

**ORDER**

    Presently before the Court for consideration are the Report and Recommendation (#34) of Magistrate Judge Valerie P. Cooke entered January 25, 2006, recommending that Defendants' Motion to Dismiss (#26) be granted and Plaintiff's Complaint (#4) dismissed without prejudice with leave to re-file to allege only those claims that have been fully exhausted administratively. The parties had ten (10) days from receipt to file objections to the Report and Recommendation. See 28 U.S.C. § 636(b)(1)(C). The time to file objections has passed and neither party has filed such. Moreover, the Court has reviewed the record in this case in accordance with 28 U.S.C. § 636(b)(1)(C) and Local Rule LR IB 3-2. The Court determines that the Report and Recommendation of the United States Magistrate Judge entered January 25, 2006, should be adopted.

1   Accordingly, IT IS HEREBY ORDERED that the Report and Recommendation (#34) of
2   Magistrate Judge Valerie P. Cooke entered January 25, 2006, is **APPROVED** and **ADOPTED**.
3   IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (#26) is **GRANTED**.
4   IT IS FURTHER ORDERED that Plaintiff's Complaint (#4) is **DISMISSED WITHOUT**
5   **PREJUDICE** with leave to re-file.  Plaintiff shall have twenty (20) days from the entry of this order
6   to re-file his complaint alleging only those claims that have been fully exhausted administratively.
7   DATED this 7th day of March 2006.

_____
Kent J. Dawson
United States District Judge